**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL L. DEEGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 09-1649 (RCL) |
| ) | |
| **STRATEGIC AZIMUTH LLC,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## **ORDER**

Plaintiff having failed to comply with this Court's Order of April 20, 2011 (ECF No. 12), and having taken no action in this case for over a year, this case is hereby DISMISSED for failure to prosecute and failure to comply with this Court's Order of April 20, 2011.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on April 26, 2012.